

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

––––––––––––––––––––

## No. 08-25-00254-CV

––––––––––––––––––––

## In re George M. Bishop, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## JUDGMENT

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Monty Kimball of the 394th Judicial District Court of Brewster County, Texas and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 22nd day of October 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.